1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>              Plaintiff,       )<br>                              )<br>   v.                         )<br>                              )<br>                              )<br>LUIS ANGEL MARTINEZ,          )<br>                              )<br>              Defendant.      ) | No. CR 09-00205 DLJ<br><br>**STIPULATION AND ORDER<br>CONTINUING CHANGE OF PLEA<br>AND SENTENCING DATE;<br>EXCLUSION OF TIME** |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date for Luis Angel Martinez, currently scheduled for Friday, April 24, 2009, at 9:00 a.m. before Honorable D. Lowell Jensen, may be continued one week to Friday, May 1, 2009 at 9:00 a.m. for change of plea and sentencing.  The reason for the continuance is that defense counsel needs additional time to have a contact visit with Mr. Martinez, with the assistance of an interpreter, to review the plea agreement and modified presentence investigation report (pre-plea report). Should the Court continue the change of plea and sentencing to May 1, 2009, it should allow counsel

*U S v. Luis Angel Martinez,* CR 09-00205
DLJ; Stip. Continuing Change of Plea Date            - 1 -

1  sufficient time to meet with Mr. Martinez and review the documents with him prior to the next court
2  date. The parties stipulate that the time from April 24, 2009 to May 1, 2009 should be excluded in
3  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for
4  adequate preparation of counsel so that counsel can continue its investigation and meet with Mr.
5
6  Martinez with an interpreter to review the plea agreement and pre-plea report.

7  DATED: April 21, 2009                    /s/
                                            JOYCE LEAVITT
8                                           Attorney for Luis Angel Martinez

9

10 DATED: April 21, 2009                    /s/
                                            DOMINIQUE THOMAS
11                                          Special Assistant United States Attorney
12

13     I hereby attest that I have on file all holographed signatures for any signatures indicated by a
   conformed signature (/s/) within this e-filed document.
14

*U S v. Luis Angel Martinez,* CR 09-00205
DLJ; Stip. Continuing Change of Plea Date              - 2 -

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date and sentencing in this case, currently scheduled for Friday, April 24, 2009 before Honorable D. Lowell Jensen, is hereby continued to Friday, May 1, 2009, at 9:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time from April 24, 2009 to May 1, 2009, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can meet with her client with the assistance of an interpreter and review the plea agreement and pre-plea report. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: April 22, 2009

_____
HONORABLE D. LOWELL JENSEN
United States District Judge